UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ELIZBAETH MAGGIOLI, *Plaintiff,* | ) ) ) ) | |
| v. | ) ) | **1:22-cv-11332-JCB** |
| BOSTON HARBOR CRUISES, LLC *Defendant,* | ) ) ) | |

## PLAINTIFF'S STATUS REPORT

As per the Court's order of November 7, 2022, Elizabeth Maggioli, (the "plaintiff") submits the following status report:

1. On September 30, 2022, the plaintiff filed a September 21, 2022 return of service with regard to defendant, Boston Harbor Cruises, LLC;

2. Defendant's response to plaintiff's Complaint and Demand for Jury Trial was due on or before October 12, 2022; and

3. As of November 9, 2022, the defendant has not filed an Answer with the Court.

                                                       Respectfully submitted,
                                                       The Plaintiff,
                                                       By Her Attorneys,

                                                       COLUCCI, COLUCCI & MARCUS, P.C.

                                                       /s/ *Darin M. Colucci*
                                                       _____
                                                       Darin M. Colucci, (BBO# 563232)
                                                       darin@coluccilaw.com
                                                       424 Adams Street
                                                       Milton, MA  02186
                                                       Tel:  (617) 698-6000
                                                       Fax:  (617) 698-3001

Dated:  November 9, 2022