UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ELIZABETH MAGGIOLI )<br>　*Plaintiff,* )<br> )<br>v. )<br> )<br>BOSTON HARBOR CRUISES, LLC )<br>　*Defendant,* )<br> ) | 1:22-cv-11332-JCB |

## STIPULATION OF VOLUNTARY DISMISSAL

　　The Plaintiff, Elizabeth Maggioli, hereby voluntarily dismisses the instant action against Boston Harbor Cruises, LLC without prejudice.

　　　　　　　　Respectfully submitted,

　　　　　　　　For The Plaintiff,
　　　　　　　　ELIZABETH MAGGIOLI,

　　　　　　　　By Her Attorneys,

　　　　　　　　**COLUCCI, COLUCCI & MARCUS, P.C.**

　　　　　　　　*/s/ Darin M. Colucci*

　　　　　　　　Darin M. Colucci (BBO #563232)
　　　　　　　　darin@coluccilaw.com
　　　　　　　　424 Adams Street
　　　　　　　　Milton, MA  02186
　　　　　　　　Tel:  (617) 698-6000
　　　　　　　　Fax:  (617) 698-3001

Dated:  December 1, 2022